UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Norma Lopez,<br><br>      Debtor.<br>_____<br>Norma Lopez,<br><br>      Appellant,<br>  v.<br>M. Nelson Enmark, Trustee;<br>United States Trustee,<br><br>      Appellees. | District Court Case No.:<br>   1:08-cv-409-OWW<br><br>Bankruptcy Appellate Panel<br>Case No.:<br>   EC-08-1050<br><br>Bankruptcy Case No.:<br>   07-12908-A-13<br><br>ORDER DIRECTING APPELLANT NORMA LOPEZ TO FILE A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN TWENTY (20) DAYS OF THE DATE OF SERVICE OF THIS ORDER<br><br>ORDER DIRECTING THE CLERK TO SERVE UPON APPELLANT NORMA LOPEZ A BLANK APPLICATION TO PROCEED IN FORMA PAUPERIS FOR A PERSON OUT OF CUSTODY |

    Before the court is an Order Transferring Fee Waiver Request To District Court ("Transfer Order"), which was received from the United States Bankruptcy Appellate Panel of the Ninth Circuit ("BAP"). Appellant, Norma Lopez ("Lopez"), is seeking to proceed with a bankruptcy appeal, which has been referred to the BAP and bears case number EC-08-1050. Lopez filed a one-page Request for Waiver of Fees along with her notice of appeal.

    Judges Dunn and Markell of the BAP issued the Transfer Order in light of the Ninth Circuit's decision in *Perroton v. Gray (In*

1  *re Perroton)*, 958 F.2d 889 (9th Cir. 1992), and the BAP's
2  decision in *Determan v. Sandoval (In re Sandoval)*, 186 B.R. 490,
3  496 (B.A.P. 9th Cir.), which held that the BAP does not have
4  authority to grant *in forma pauperis* motions under 28 U.S.C. §
5  1915(a) because bankruptcy courts are "not court[s] of the United
6  States" as defined in 28 U.S.C. § 451.  Because of this
7  limitation, the BAP has transferred Lopez's Request for Waiver of
8  Fees to the District Court for the limited purpose of ruling on
9  whether Lopez should be granted leave to prosecute her appeal *in*
10 *forma pauperis*.

    Lopez's Request for Waiver of Fees provides:

> I NORMA LOPEZ REQUEST THE UNITED STATES BANKRUPTCY
> COURT TO WAIVE THE FEES AFFILIATED WITH THE ATTACHED
> DOCUMENTS AT THIS TIME I am not able to pay for the
> requested fees.  If at any time any changes to this
> current situation change I will let the court know of
> these changes.
>
> I CERTIFY THAT THIS INFORMATION IS TRUE AND CORRECT TO
> DATE:
> NORMA LOPEZ          signed /s/ Norma Lopez
> DATED: FEBRUARY 12, 2007

    Section 1915(a) of title 28 provides that any court of the
United States may authorize commencement and prosecution of any
action or appeal without prepayment of fees or security, by a
person who submits an affidavit that includes a statement of all
assets that person possesses and is unable to pay such fees.
Lopez's Request for Waiver of Fees does not provide the Court
with sufficient information to determine whether or not she
should be permitted to proceed *in forma pauperis*.

    IT IS ORDERED that Lopez is directed to file with this Court
(United States District Court for the Eastern District of
California, case number 1:08-cv-409-OWW) a completed application

to proceed *in forma pauperis* no later than twenty (20) days after the date of service of this Order.  Lopez must fully complete the application and provide all the information called for on the form.  Failure to timely comply with this Order will result in a denial of your Request for Waiver of Fees.

    The Clerk is DIRECTED to serve upon Lopez this Order and a blank application to proceed *in forma pauperis* for a person out of custody, at the address indicated in the Court's docket.

**IT IS SO ORDERED.**

**Dated:   April 17, 2008**                    /s/ Oliver W. Wanger
                                       **UNITED STATES DISTRICT JUDGE**