UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Norma Lopez,<br><br>         Debtor.<br>_____<br>Norma Lopez,<br><br>         Appellant,<br>     v.<br><br>M. Nelson Enmark, Trustee;<br>United States Trustee,<br><br>         Appellees. | District Court Case No.:<br>     1:08-cv-409-OWW<br><br>Bankruptcy Appellate Panel<br>Case No.:<br>     EC-08-1050<br><br>Bankruptcy Case No.:<br>     07-12908-A-13<br><br>DENIAL OF REQUEST FOR WAIVER OF FEES.<br><br>ORDER DIRECTING CLERK TO RETURN THE MATTER TO THE BANKRUPTCY APPELLANT PANEL. |

   This matter was transferred to the district court for the limited purpose of ruling on whether bankruptcy appellant Norma Lopez ("Lopez") should be granted leave to prosecute her appeal to the Bankruptcy Appellant Panel ("BAP") *in forma pauperis* ("IFP").  Before the Bankruptcy Court, Lopez filed a one-page Request for Waiver of Fees along with her notice of appeal.

   On April 18, 2008, the district court ordered Lopez to file with the district court, in case number 1:08-cv-409-OWW, "a completed application to proceed *in forma pauperis* no later than twenty (20) days after the date of service of [that] Order." (Doc. 3, at 2-3.)  The Clerk was also ordered to send Ms. Lopez a blank IFP application form.  Lopez was directed to "fully

1  complete the application and provide all the information called
2  for on the form," and was warned that "[f]ailure to timely comply
3  with this Order will result in a denial of your Request for
4  Waiver of Fees."  (*Id*. at 3.)
5       As of May 30, 2008, more than 30 days after Ms. Lopez was
6  ordered to file her IFP application, the district court has yet
7  to receive any such filing.  Accordingly, her motion for a waiver
8  of fees is DENIED.
9       The Clerk is DIRECTED to return this matter to the BAP.

**IT IS SO ORDERED.**

**Dated:   May 30, 2008**              /s/ Oliver W. Wanger
                                **UNITED STATES DISTRICT JUDGE**